**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| HECTOR PERALTA-FERNANDEZ<br>#A 226-169-662 | CIVIL ACTION NO. 26-0640 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| WARDEN ALLEN PARISH PUBLIC<br>SAFETY COMPLEX, ET AL. | MAGISTRATE JUDGE AYO |

**ORDER**

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 16, the petitioner's Petition for Writ of Habeas Corpus, and after a *de novo* review of the record, no objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that petitioner's Petition for Writ of Habeas Corpus is moot and **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**DONE AND SIGNED** at Shreveport, Louisiana, this 11th day of August, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE